**Serena WHITESIDE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27850.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

R. G. Allen, Jr., Houston, for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The conviction is for the sale of whiskey in a wet area on Sunday; the punishment, sixty days in jail and a fine of $300.

No statement of facts on the main trial accompanies the record.

Appellant's sole contention is that the information in this case is void because it is not predicated upon a complaint made by a credible person in that it is signed by Rose Marie Murray, a secretary in the Harris County District Attorney's office before

W. C. Wiebusch, Assistant District Attorney, the person who presented the information.

Recently under a similar state of facts, we held that Rose Marie Murray was a credible person authorized to make a valid complaint. Catchings v. State, Tex.Cr.App., 285 S.W.2d 233.

All proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.